10/07/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday November 5, 2003

3:30 p.m.

CASE NO.  3-02-cv-1593 Mack v Bridgeport
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COUNSEL OF RECORD:

John Richard Mitola                City of Bridgeport, 999 Broad St., 2nd Fl.,
                                   Bridgeport, CT 203-576-7647

Gary Edward Phelan                 Klebanoff & Phelan, PC, 433 S. Main St.
                                   Suite 102, West Hartford, CT 860-313-5005

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK


STATUS CONFERENCE HELD

DATE: 11/5/03

15 min.