UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday November 13, 2003

4:00 p.m.

CASE NO. **3:02cv1593 MRK**   **Mack v Bridgeport**

John Richard Mitola
City of Bridgeport
Office of the City Attorney
999 Broad St., 2nd Fl.
Bridgeport, CT 06604-4328

Gary Edward Phelan
Klebanoff & Phelan, PC
433 S. Main St.
Suite 102
West Hartford, CT 06110

STATUS CONFERENCE HELD
DATE: 11/13/03

9 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK