FILED

Jan 8  12 45 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CRYSTAL MACK** | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:02 CV 1593 (MRK) |
| VS. | : | |
| **CITY OF BRIDGEPORT,** | : | |
| Defendant. | : | JANUARY 5, 2004 |

## MOTION FOR EXTENSION OF TIME

Defendant, City of Bridgeport, respectfully moves for an extension of time, until January 22, 2004 to respond to the Plaintiff's First Set of Interrogatories and Request for Production of Documents to Defendants.

In support thereof, the Defendant represents the following:

1.   This is the first extension of time requested by the Defendant, City of Bridgeport.

2.   The undersigned attempted to contact Attorney Gary Phelan for the Plaintiff, by telephone, but has not been able to speak to him and therefore is unable to represent to this Court whether or not he consents or objects to this Motion.

3.   This extension is requested because the undersigned needs more time to gather the necessary information and respond properly to the Plaintiff's

Interrogatories and Production. It is represented that Defendant has substantially complied with many of the requests but needs additional time to fully respond.

WHEREFORE, Defendant, City of Bridgeport, respectfully requests that it be granted an extension of time until January 22, 2004 to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents to Defendants.

THE DEFENDANT

BY: /s/ John R. Mitola
John R. Mitola
Associate City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Telephone No.: (203) 576-7647
CT FED BAR NO.: 04017

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 5th day of January, 2004, to Gary Phelan, Esq., Klebanoff & Phelan, P.C., 433 South Main Street, Suite 117, West Hartford, Connecticut 06110.

/s/ John R. Mitola
John R. Mitola
Commissioner of the Superior Court