FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CRYSTAL MACK** | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:02 CV 1593 (MRK) |
| VS. | : | |
| **CITY OF BRIDGEPORT,** | : | |
| Defendant. | : | JANUARY 5, 2004 |

## MOTION FOR EXTENSION OF TIME

Defendant, City of Bridgeport, respectfully moves for an extension of time, until January 22, 2004 to respond to the Plaintiff's First Set of Interrogatories and Request for Production of Documents to Defendants.

In support thereof, the Defendant represents the following:

1. This is the first extension of time requested by the Defendant, City of Bridgeport.

2. The undersigned attempted to contact Attorney Gary Phelan for the Plaintiff, by telephone, but has not been able to speak to him and therefore is unable to represent to this Court whether or not he consents or objects to this Motion.

3. This extension is requested because the undersigned needs more time to gather the necessary information and respond properly to the Plaintiff's

FILED JAN 9 10:53 AM '04

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District
By /s/ Rita Warner
Deputy Clerk