UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CRYSTAL MACK | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:02 CV 1593 (MRK) |
| VS. | : | |
| CITY OF BRIDGEPORT, | : | |
|    Defendant. | : | MARCH 24, 2004 |

## MOTION FOR EXTENSION OF TIME

Defendant, City of Bridgeport, respectfully moves for an extension of time, until May 1, 2004 to complete discovery in the above captioned matter.

In support thereof, the Defendant represents the following:

1. This is the first extension of time requested by the Defendant, City of Bridgeport.

2. The Defendant, City of Bridgeport noticed the deposition of witness Robert Richardson scheduled for March 4, 2004 and Plaintiff Crystal Mack's deposition for March 12, 2004. Unfortunately, Plaintiff's counsel was unavailable for those depositions. Thereafter, commencing on March 22, 2004, the undersigned was on trial in the matter of _Chaves Bakery, Inc. v. City of Bridgeport_ pending in the Complex Litigation Docket, Waterbury, Connecticut and therefore was unavailable for the depositions.

3.   The undersigned is in the process of re-noticing the depositions for the month of April, 2004.

4.   The Defendant also requests that the remaining deadlines in this case also be extended in the following manner:

Dispositive Motions filed on or before June 15, 2004;

Joint Trial Memorandum filed by September 1, 2004 or in the event a party files a dispositive motion within 40 days of a ruling entered upon any dispositive motion.

5.   The undersigned contacted Attorney Gary Phelan for the Plaintiff, by telephone, and he has no objection to this Motion.

WHEREFORE, Defendant, City of Bridgeport, respectfully requests that this Motion be granted.

THE DEFENDANT

BY: /s/
John R. Mitola
Associate City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Telephone No.: (203) 576-7647
CT FED BAR NO.: 04017

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 24th day of March, 2004, to Gary Phelan, Esq., Klebanoff & Phelan, P.C., 433 South Main Street, Suite 117, West Hartford, Connecticut 06110.

John R. Mitola
Commissioner of the Superior Court