UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Mack

V.                          Case Number:  3:02cv1593(MRK)

Bridgeport

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>May 18, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 17, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, May 18, 2004.


KEVIN F. ROWE, CLERK

By: <u>/s/ Kenneth R. Ghilardi</u>
     Kenneth R. Ghilardi
     Deputy Clerk